# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159856(85)

2 CROOKED CREEK LLC and RUSSIAN
FERRO ALLOYS, INC.,
        Plaintiffs-Appellants,

v

CASS COUNTY TREASURER,
        Defendant-Appellee.

_____/

SC: 159856
COA: 342797
Ct of Claims: 14-000181-MZ

On order of the Chief Justice, the motion of defendant-appellee to file a supplemental authority is GRANTED. The supplemental authority submitted on March 18, 2020, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2020

Clerk